IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 16-16463 |
| Subhan Subhan | : Chapter 13 |
| | : Judge Richard E. Fehling |
| Debtor(s) | : * * * * * * * * * * * * * * * * * |
| | : |
| Wells Fargo Bank, N.A. as successor by | : Date and Time of Hearing |
| merger to Wachovia Bank, N.A. | : Place of Hearing |
| Movant, | : September 20, 2018 at 9:30 a.m. |
| | : |
| vs | : |
| | : 400 Washington Street |
| Subhan Subhan | : Courtroom #1 |
| | : Reading, PA, 19601 |
| William C. Miller | : |
| Respondents. | Related Document # 44 |

### STIPULATION FOR SETTLEMENT OF MOTION FOR RELIEF FROM AUTOMATIC STAY AS TO REAL PROPERTY LOCATED AT 9037 WERTMAN RD, FOGELSVILLE, PA 18051

This matter coming to be heard on the *Motion for Relief from Stay* (Dkt. #44) which was filed in this court by Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. ("Movant"), Movant and Subhan Subhan ("Debtor"), by and through their attorneys have agreed to a course of action which will condition the continuation of the automatic stay upon certain provisions incorporated herein for the protection of Movant;

As of the date of bankruptcy filing on September 13, 2016, Debtor failed to make regular monthly mortgage payments to Movant and is currently in default for the months of May 2018 through September 2018, incurring a total post-petition arrearage of $380.20, which consists of 5 post-petition payments for May 5, 2018 through September 5, 2018 at $76.04 each.

**IT IS HEREBY ORDERED:**

1. In order to eliminate said post-petition delinquency, Movant must receive the following payments by the corresponding dates:

    a. $63.37 on or before October 5, 2018;

    b. $63.37 on or before November 5, 2018;

    c. $63.37 on or before December 5, 2018;

    d. $63.37 on or before January 5, 2019;

    e. $63.37 on or before February 5, 2019;

1

18-023863_SCS2

   f. $63.35 on or before March 5, 2019.

2. The Debtor hereby agrees to resume monthly mortgage payments outside the Plan directly to Movant for the October 5, 2018 regular monthly mortgage payment and to make all further payments in a timely fashion.

3. That Movant must receive the payments listed above on or before the corresponding date. If Movant fails to receive any one scheduled payment, the repayment schedule is void if the Debtor fails to bring the loan post-petition current within ten (10) calendar days after mailing notification to the Debtor and his/her attorney. The stay shall be automatically terminated as to Movant, its principals, agents, successors and/or assigns as to the subject property, upon filing certification of default with the clerk of the court.

4. Upon completion of the repayment schedule listed above or tender of sufficient funds to bring the loan post-petition current, the Debtor must continue to make timely post-petition mortgage payments directly to Movant.

5. If Movant fails to receive any monthly payment and if the Debtor fails to bring his/her loan current within ten (10) calendar days after Movant mailed notification to the Debtor and his/her attorney, the stay shall be automatically terminated as to Movant, its principals, agents, successors and/or assigns as to the subject property, upon filing certification of default with the clerk of the court.

6. Debtor's opportunity to cure the default shall be limited to three occurrences. Upon the fourth default occurrence, without notification to the Debtor and his/her attorney, Creditor shall receive automatic relief by filing a Certification of Default and a Proposed Order Granting Relief with the Court.

7. This Stipulation remains in full force and effect in the event Debtor's case is dismissed by the Court and Debtor subsequently reinstates his case by order of the Court and/or the Movant obtains relief from stay and the stay is subsequently reinstated by order of the Court.

8. If this bankruptcy proceeding is converted to Chapter 7, dismissed or discharged, this Order shall be terminated and have no further force or effect.

                    MANLEY DEAS KOCHALSKI LLC

Dated: _____      BY: _____
                     Karina Velter (94781)
                     Manley Deas Kochalski LLC
                     P.O. Box 165028
                     Columbus, OH 43216-5028
                     614-220-5611; Fax 614-627-8181
                     Email: kvelter@manleydeas.com

Attorney for Creditor

Dated: 10/3/18

BY: _____
Stephen J Palopoli III
1125 S. Cedar Crest Blvd.
Suite 205
Allentown, PA 18103
Telephone: 610-391-8839
Fax: 610-433-6741
Email: s.palopoli@verizon.net
Attorney for Debtor

I do not object to the foregoing Stipulation

_____ for
William C. Miller
Chapter 13 Trustee
2901 St. Lawrence Ave.
Reading, PA 19606
Email: ecfmail@fredreiglech13.com

3