**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 16-16463 |
| **Subhan Subhan** | : | Chapter 13 |
| | : | Judge Richard E. Fehling |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A. as successor by** | : | Date and Time of Hearing |
| **merger to Wachovia Bank, N.A.** | : | Place of Hearing |
| Movant, | : | September 20, 2018 at 9:30 a.m. |
| vs | : | |
| | : | 400 Washington Street |
| **Subhan Subhan** | : | Courtroom #1 |
| | : | Reading, PA, 19601 |
| **William C. Miller** | : | |
| Respondents. | | Related Document # 44 |

**ORDER OF COURT**

AND NOW, to wit, this _____ day of _____, 2018, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

**Date: October 15, 2018**

By the Court:

_R NME [signature]_

_____
RICHARD E. FEHLING, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107 (notified by ecf)

4